RECEIVED

SEP - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICKY SEWELL | CIVIL ACTION NO. 05-0885-M |
| VS. | SECTION P |
| WARDEN, CLAIBORNE DET. CENTER | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 3 day of September, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE